UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSICA POTASH,<br><br>Plaintiff,<br>v.<br><br>PATRIOT FIRE PROTECTION INC.,<br><br>Defendant. | CASE NO. 3:26-cv-06031-DGE<br><br>ORDER GRANTING MOTION TO REMAND (DKT. NO. 8) |

Before the Court is Plaintiff's motion to remand this case to the Pierce County Superior Court. (Dkt. No. 8.) Plaintiff argues Defendant removed this case to federal court based on a single claim under the federal Fair Credit Reporting Act ("FCRA"). (*Id.* at 2.) Plaintiff argues her amended complaint omits the federal FCRA claim and only asserts claims under Washington law. (*Id.*) Based on the amended complaint, Plaintiff argues the Court no longer has jurisdiction and must remand this case to the state court. (*Id.*) Defendant does not oppose Plaintiff's motion to remand. (Dkt. No. 10.)

"When an amendment excises the federal-law claims that enabled removal, the federal court loses its supplemental jurisdiction over the related state-law claims. The case must therefore return to state court." *Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22, 25–26 (2025). Plaintiff's motion to remand this case to the Pierce County Superior Court (Dkt. No. 8) is GRANTED.

Dated this 9th day of November, 2026.

David G. Estudillo
United States District Judge